02-11-508-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-508-CR

 


 
 
 Brittany Aiken
 
 
  
 
 
 APPELLANT
  
 
 
 
 
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

------------

 

FROM THE 367TH
District Court OF DENTON COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered appellant’s “Motion To Dismiss Appeal.”  Although appellant has
not signed the motion in compliance with rule 42.2(a) of the rules of appellate
procedure, appellant indicated in writing in a letter received in this court on
April 12, 2012, that she no longer wishes to pursue her appeal. See Tex.
R. App. P. 42.2(a).  We suspend rule 42.2(a)’s requirement that appellant sign
the motion to dismiss the appeal.  Id.; see Tex. R. App. P. 2. 
No decision of this court having been delivered before we received this motion,
we grant the motion and dismiss the appeal.  See Tex. R. App. P.
43.2(f).

 

                                                                              PER
CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and
GABRIEL, J.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: 
April 26, 2012









[1]See
Tex. R. App. P. 47.4.